JAMES BRADY, Respondent, *v.* HENRY E. VALENTINE, Appellant.

(Argued December 21, 1894; decided January 15, 1895.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made December 28, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*W. A. Purrington* for appellant.

*H. B. Hubbard* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____